In the Matter of BRESWICK & COMPANY, Respondent, against GREATER NEW YORK INDUSTRIES, INC., et al., Appellants.

Argued April 20, 1955; decided June 10, 1955.

*Hyman D. Lehrich,* appellant in person, and *Kenneth J. Mullane* for Greater New York Industries, Inc., and another, appellants.

*Daniel S. Berman* for respondent.

*Per Curiam.* Upon this record, triable issues of fact are raised as to the good faith of petitioner and as to its purpose in seeking the inspection, which should be determined before a final order issues (Civ. Prac. Act, § 1295; *Matter of Schulman* v. *Dejonge & Co.,* 270 App. Div. 147; *Matter of Tate* v. *Sonotone Corp.,* 272 App. Div. 103).

Accordingly, the order of the Appellate Division should be reversed and the matter remitted to Special Term for a trial of the aforesaid issues, in accordance with the provisions of section 1295 of the Civil Practice Act, with costs to abide the event.

CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ., concur.

Order reversed, etc.